UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:10-CR-12 RM |
| ) | |
| LANDRIS McFADDEN (02) ) | |

ORDER

A hearing was held on June 24, 2010 on the defendant's objection to Magistrate Judge Nuechterlein's May 26, 2010 Findings and Recommendation Upon a Plea of Guilty. Assistant United States Attorney Frank Schaffer represented the government; the defendant was represented by William Stevens.

For the reasons stated in open court, the court OVERRULES the defendant's objection [docket # 49] to the magistrate judge's report and recommendations issued May 26, 2010. The court ADOPTS the magistrate judge's findings and recommendations [docket # 44], ACCEPTS defendant Landris McFadden's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  June 28, 2010 

/s/ Robert L. Miller, Jr.
Judge
United States District Court